IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LCI HOLDING COMPANY, INC.                 :    Case No. 12-13319 (___)
                                          :
                                          :    Tax I.D. No. 20-3307662
                    Debtor.               :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
BOISE INTENSIVE CARE HOSPITAL, INC.       :    Case No. 12-13331 (____)
                                          :
                                          :    Tax I.D. No. 41-2212686
                    Debtor.               :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
CAREREHAB SERVICES, L.L.C.                :    Case No. 12-13332 (____)
                                          :
                                          :    Tax I.D. No. 72-1342279
                    Debtor.               :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :        Chapter 11
                                                    :
CRESCENT CITY HOSPITALS, L.L.C.                     :        Case No. 12-13333 (____)
                                                    :
                                                    :        Tax I.D. No. 22-3872012
              Debtor.                               :
                                                    :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :        Chapter 11
                                                    :
LCI HEALTHCARE HOLDINGS, INC.                       :        Case No. 12-13330 (____)
                                                    :
                                                    :        Tax I.D. No. 01-0873557
              Debtor.                               :
                                                    :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :        Chapter 11
                                                    :
LCI HOLDCO, LLC                                     :        Case No. 12-13329 (____)
                                                    :
                                                    :        Tax I.D. No. 20-3223233
              Debtor.                               :
                                                    :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :        Chapter 11
                                                    :
LCI INTERMEDIATE HOLDCO, INC.                       :        Case No. 12-13328 (____)
                                                    :
                                                    :        Tax I.D. No. 20-3307709
              Debtor.                               :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

2

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE AMBULATORY SURGERY               :    Case No. 12-13334 (____)
CENTER, INC.                              :
                                          :    Tax I.D. No. N/A[1]
          Debtor.                         :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE HOLDING COMPANY OF               :    Case No. 12-13335 (____)
TEXAS, LLC                                :
                                          :    Tax I.D. No. 72-1449174
          Debtor.                         :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE HOLDINGS, INC.                   :    Case No. 12-13321 (____)
                                          :
                                          :    Tax I.D. No. 51-0372090
          Debtor.                         :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

---

[1]    LifeCare Ambulatory Surgery Center, Inc. does not have an IRS employer identification number.  Its Texas tax identification number is 32031062170.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
LIFECARE HOSPITAL AT TENAYA, LLC  :    Case No. 12-13326 (____)
                                              :
                                              :    Tax I.D. No. 45-2218443
              Debtor.                         :
                                              :
                                              :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
LIFECARE HOSPITALS, LLC           :    Case No. 12-13336 (____)
                                              :
                                              :    Tax I.D. No. 22-3949674
              Debtor.                         :
                                              :
                                              :
                                              x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
LIFECARE HOSPITALS OF CHESTER     :    Case No. 12-13337 (____)
COUNTY, INC.                                  :
                                              :    Tax I.D. No. 20-2206062
              Debtor.                         :
                                              :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
LIFECARE HOSPITALS OF DAYTON, INC. :    Case No. 12-13338 (____)
                                              :
                                              :    Tax I.D. No. 31-1702086
              Debtor.                         :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

4

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :        Chapter 11
                                                   :
LIFECARE HOSPITALS OF FORT WORTH, :               Case No. 12-13339 (____)
L.P.                                               :
                                                   :        Tax I.D. No. 72-1405272
            Debtor.                                :
                                                   :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :        Chapter 11
                                                   :
LIFECARE HOSPITALS OF                              :        Case No. 12-13324 (____)
MECHANICSBURG, LLC                                 :
                                                   :        Tax I.D. No. 45-2215957
            Debtor.                                :
                                                   :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :        Chapter 11
                                                   :
LIFECARE HOSPITALS OF MILWAUKEE, :                Case No. 12-13323 (____)
INC.                                               :
                                                   :        Tax I.D. No. 62-1874291
            Debtor.                                :
                                                   :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :        Chapter 11
                                                   :
LIFECARE HOSPITALS OF NEW                          :        Case No. 12-13340 (____)
ORLEANS, L.L.C.                                    :
                                                   :        Tax I.D. No. 72-1284151
            Debtor.                                :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                      :

In re:                    :       Chapter 11

                      :

LIFECARE HOSPITALS OF NORTH  :       Case No. 12-13341 (_____)
CAROLINA, L.L.C.           :

                      :       Tax I.D. No. 72-1361857

           Debtor.     :

                      :

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                      :

In re:                    :       Chapter 11

                      :

LIFECARE HOSPITALS OF NORTH  :       Case No. 12-13342 (_____)
TEXAS, L.P.              :

                      :       Tax I.D. No. 72-1402743

           Debtor.     :

                      :

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                      :

In re:                    :       Chapter 11

                      :

LIFECARE HOSPITALS OF NORTHERN  :       Case No. 12-13343 (_____)
NEVADA, INC.            :

                      :       Tax I.D. No. 88-0360990

           Debtor.     :

                      :

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                      :

In re:                    :       Chapter 11

                      :

LIFECARE HOSPITALS OF PITTSBURGH,  :       Case No. 12-13344 (_____)
LLC                   :

                      :       Tax I.D. No. 22-3949672

           Debtor.     :

                      :

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE HOSPITALS OF SAN                 :    Case No. 12-13345 (____)
ANTONIO, LLC                              :
                                          :    Tax I.D. No. 45-2646312
                 Debtor.                  :
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE HOSPITALS OF SARASOTA,           :    Case No. 12-13327 (____)
LLC                                       :
                                          :    Tax I.D. No. 45-2217045
                 Debtor.                  :
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE HOSPITALS OF SOUTH               :    Case No. 12-13346 (____)
TEXAS, INC.                               :
                                          :    Tax I.D. No. 72-1395457
                 Debtor.                  :
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE INVESTMENTS, L.L.C.              :    Case No. 12-13347 (____)
                                          :
                                          :    Tax I.D. No. 72-1455041
                 Debtor.                  :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

7

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :        Chapter 11
                                            :
LIFECARE INVESTMENTS 2, LLC                 :        Case No. 12-13348 (____)
                                            :
                                            :        Tax I.D. No. 45-5484598
              Debtor.                       :
                                            :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :        Chapter 11
                                            :
LIFECARE MANAGEMENT SERVICES,               :        Case No. 12-13349 (____)
L.L.C.                                      :
                                            :        Tax I.D. No. 72-1284309
              Debtor.                       :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :        Chapter 11
                                            :
LIFECARE REIT 1, INC.                       :        Case No. 12-13320 (____)
                                            :
                                            :        Tax I.D. No. 20-8943708
              Debtor.                       :
                                            :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :        Chapter 11
                                            :
LIFECARE REIT 2, INC.                       :        Case No. 12-13350 (____)
                                            :
                                            :        Tax I.D. No. 26-0482075
              Debtor.                       :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :

In re:             :     Chapter 11
          :

LIFECARE SPECIALTY HOSPITAL OF   :     Case No. 12-13325 (_____)
NORTH LOUISIANA, LLC       :
          :     Tax I.D. No. 45-2232585
     Debtor.    :
          :
          :
          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :

In re:             :     Chapter 11
          :

NEXTCARE SPECIALTY HOSPITAL OF   :     Case No. 12-13351 (_____)
DENVER, INC.            :
          :     Tax I.D. No. 74-2918584
     Debtor.    :
          :
          :
          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :

In re:             :     Chapter 11
          :

NEXTCARE HOSPITALS/MUSKEGON,   :     Case No. 12-13352 (_____)
INC.                :
          :     Tax I.D. No. 74-2901802
     Debtor.    :
          :
          :
          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :

In re:             :     Chapter 11
          :

PITTSBURGH SPECIALTY HOSPITAL,   :     Case No. 12-13353 (_____)
LLC               :
          :     Tax I.D. No. 45-2216725
     Debtor.    :
          :
          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
SAN ANTONIO SPECIALTY HOSPITAL,         :    Case No. 12-13322 (_____)
LTD.                                    :
                                        :    Tax I.D. No. 74-2845386
              Debtor.                   :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DEBTORS' MOTION FOR ORDER (A) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1 AND (B) WAIVING REQUIREMENTS OF 11 U.S.C. § 342(c)(1) AND FED. R. BANKR. P. 1005 AND 2002(n)

LCI Holding Company, Inc. ("LCI") and certain of its subsidiaries, including LifeCare Holdings, Inc. ("LifeCare"), the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors" and, together with the non-debtor subsidiaries of LCI, the "Company"), hereby move (the "Motion") this Court for entry of an order, pursuant to section 342(c)(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), providing for the joint administration of the Debtors' separate chapter 11 cases for procedural purposes only and seeking a waiver of the requirement that the captions in these chapter 11 cases list the Debtors' tax identification numbers and addresses.  In support of the Motion, the Debtors rely upon and incorporate by reference the Declaration of Phillip B. Douglas in Support of Chapter 11 Petitions and First Day Pleadings (the "First Day Declaration"), filed with the Court concurrently herewith.  In further support of the Motion, the Debtors, by and through their undersigned proposed counsel, respectfully represent:

10

## JURISDICTION AND VENUE

1.        This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.        The legal predicates for the relief requested herein are Bankruptcy Code section 342(c)(1), Bankruptcy Rules 1005, 1015(b) and 2002(n), and Local Bankruptcy Rule 1015-1.

## BACKGROUND

3.        On December 11, 2012 (the "Petition Date"), the Debtors each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").  The factual background regarding the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these Chapter 11 Cases, is set forth in the First Day Declaration.[2]

4.        The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5.        To date, no creditors' committee has been appointed in the Chapter 11 Cases by the United States Trustee.  No trustee or examiner has been appointed in the Chapter 11 Cases.

## RELIEF REQUESTED

6.        By this Motion, the Debtors request entry of an order, under Bankruptcy Code section 342(c)(1), Bankruptcy Rules 1005, 1015(b) and 2002(n), and Local Bankruptcy

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

Rule 1015-1, consolidating the Chapter 11 Cases for procedural purposes only and waiving the requirement that the Debtors' caption and certain notices contain tax identification numbers and any other names used by the Debtors in the previous eight (8) years.

7.      For the reasons set forth herein, the Debtors submit that the relief requested is in the best interest of the Debtors, their estates, creditors and other parties in interest, and therefore, should be granted.

## BASIS FOR RELIEF

8.      Bankruptcy Rule 1015(b) provides that if two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order joint administration of the estates of the debtor and such affiliates.  The Debtors in these proceedings include LCI Holding Company, Inc., Boise Intensive Care Hospital, Inc., CareRehab Services L.L.C., Crescent City Hospitals, L.L.C., LCI Healthcare Holdings, Inc., LCI Holdco, LLC, LCI Intermediate Holdco, Inc., LifeCare Ambulatory Surgery Center, Inc., LifeCare Holding Company of Texas LLC, LifeCare Holdings, Inc., LifeCare Hospital at Tenaya LLC, LifeCare Hospitals, LLC, LifeCare Hospitals of Chester County, Inc., LifeCare Hospitals of Dayton, Inc., LifeCare Hospitals of Fort Worth L.P., LifeCare Hospitals of Mechanicsburg LLC, LifeCare Hospitals of Milwaukee, Inc., LifeCare Hospitals of New Orleans, L.L.C., LifeCare Hospitals of North Carolina, L.L.C., LifeCare Hospitals of North Texas, L.P., LifeCare Hospitals of Northern Nevada, Inc., LifeCare Hospitals of Pittsburgh, LLC, LifeCare Hospitals of San Antonio, LLC, LifeCare Hospitals of Sarasota LLC, LifeCare Hospitals of South Texas, Inc., LifeCare Investments, L.L.C., LifeCare Investments 2, LLC, LifeCare Management Services L.L.C., LifeCare REIT 1, Inc., LifeCare REIT 2, Inc., LifeCare Specialty Hospital of North Louisiana

LLC, NextCARE Specialty Hospital of Denver, Inc., NextCARE Hospitals/Muskegon, Inc., Pittsburgh Specialty Hospital, LLC and San Antonio Specialty Hospital, Ltd.

9.    The Debtors in these proceedings include LCI and thirty-four (34) of its direct or indirect subsidiaries (collectively, the "Subsidiary Debtors").[3] LCI is the direct or indirect parent company of the Subsidiary Debtors, and directly or indirectly owns all of the outstanding voting securities of each of the Subsidiary Debtors.  As such, LCI and the Subsidiary Debtors are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b).  Thus joint administration of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1.

10.    Moreover, the joint administration of the Chapter 11 Cases will permit the Clerk of the Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates.  Indeed, the Debtors anticipate that numerous notices, applications, motions, other pleadings, hearings and orders in these cases will affect all of the Debtors.

11.    Joint administration will also save time and money and avoid duplicative and potentially confusing filings by permitting counsel for all parties in interest to (a) use a single caption on the numerous documents that will be served and filed herein and (b) file the papers in one case rather than in multiple cases.  Joint administration will also protect parties in interest by ensuring that parties in each of the Debtors' respective Chapter 11 Cases will be apprised of the various matters before the Court in the Chapter 11 Cases.  Finally, joint

---

[3]    Through its indirect subsidiary LifeCare Holdings Michigan, Inc., LCI also owns a 50% interest in Select LifeCare Western Michigan, LLC, a joint venture with Select Medical.  LifeCare Holdings Michigan, Inc., Select LifeCare Western Michigan, LLC and its subsidiaries are not Debtors in the Chapter 11 Cases.

administration will ease the burden on the office of the United States Trustee in supervising these bankruptcy cases.

12.     The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of the Chapter 11 Cases inasmuch as the relief sought is purely procedural and is in no way intended to affect substantive rights.  Each creditor and other party in interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or right.

13.     In furtherance of the foregoing, the Debtors request that the official caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re:                                               :   Chapter 11
                                                     :
LCI HOLDING COMPANY, INC., et al.,                   :   Case No. 12-13319 (___)
                                                     :
            Debtors.[4]                              :   (Jointly Administered)
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

14.    The Debtors submit that use of this simplified caption will eliminate

cumbersome and confusing procedures and ensure a uniformity of pleading identification.

15.    In addition, the Debtors request that the Court make separate docket

entries on the docket of each of the Chapter 11 Cases (except that of LCI Holding Company,

Inc.), substantially as follows:

> An order has been entered in this case consolidating this case with the case of LCI
> Holding Company, Inc., Case No. 12-13319 (___), for procedural purposes only
> and providing for its joint administration in accordance with the terms thereof.
> The docket in Case No. 12-13319 (___) should be consulted for all matters
> affecting this case.

---

[4]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  LCI
Holding Company, Inc. (7662), Boise Intensive Care Hospital, Inc. (2686), CareRehab Services, L.L.C. (2279),
Crescent City Hospitals, L.L.C. (2012), LCI Healthcare Holdings, Inc. (3557), LCI Holdco, LLC (3233), LCI
Intermediate Holdco, Inc. (7709), LifeCare Ambulatory Surgery Center, Inc. (N/A), LifeCare Holding Company
of Texas, LLC (9174), LifeCare Holdings, Inc. (2090), LifeCare Hospital at Tenaya, LLC (8443), LifeCare
Hospitals, LLC (9674), LifeCare Hospitals of Chester County, Inc. (6062), LifeCare Hospitals of Dayton, Inc.
(2086), LifeCare Hospitals of Fort Worth, L.P. (5272), LifeCare Hospitals of Mechanicsburg, LLC (5957),
LifeCare Hospitals of Milwaukee, Inc. (4291),  LifeCare Hospitals of New Orleans, L.L.C. (4151), LifeCare
Hospitals of North Carolina, L.L.C. (1857), LifeCare Hospitals of North Texas, L.P. (2743), LifeCare Hospitals
of Northern Nevada, Inc. (0990), LifeCare Hospitals of Pittsburgh, LLC (9672), LifeCare Hospitals of San
Antonio, LLC (6312), LifeCare Hospitals of Sarasota, LLC (7045), LifeCare Hospitals of South Texas, Inc.
(5457), LifeCare Investments, L.L.C. (5041), LifeCare Investments 2, LLC (4598), LifeCare Management
Services, L.L.C. (4309), LifeCare REIT 1, Inc. (3708), LifeCare REIT 2, Inc. (2075), LifeCare Specialty
Hospital of North Louisiana, LLC (2585), NextCARE Specialty Hospital of Denver, Inc. (8584), NextCARE
Hospitals/Muskegon, Inc. (1802), Pittsburgh Specialty Hospital, LLC (6725) and San Antonio Specialty
Hospital, Ltd. (5386).  The address of the Company's corporate headquarters is 5340 Legacy Drive, Building 4
– Suite 150, Plano, TX 75024.

16.    It would be far more practical and expedient for the administration of the Chapter 11 Cases if the Court were to authorize their joint administration.  The Debtors envision that many of the motions, hearings and other matters involved in the Chapter 11 Cases will affect all of the Debtors.  Consequently, joint administration will reduce costs and facilitate a more efficient administrative process, unencumbered by the procedural problems otherwise attendant to the administration of separate, albeit related, chapter 11 cases.

### APPLICABLE AUTHORITY

17.    No party will be prejudiced by the relief requested in this Motion. Specifically, the relief sought herein is solely procedural and is not intended to affect substantive rights.  An order of joint administration relates to the routine administration of a case and may be entered by the court in its discretion on an ex parte basis.  See Del. Bankr. L.R. 1015-1.  Indeed, the relief requested herein is commonly granted in this District.  See, e.g., In re WP Steel Venture LLC, Case No. 12-11661 (KJC) (Bankr. D. Del. June 1, 2012); Pemco World Air Services, Inc., Case No. 12-10799 (MFW) (Bankr. D. Del. Mar. 5, 2012); In re Filene's Basement, LLC, Case No. 11-13511 (KJC) (Bankr. D. Del. Nov. 2, 2011); In re Jackson Hewitt Tax Serv. Inc., Case No. 11-11587 (MFW) (Bankr. D. Del. June 30, 2011); In re DSI Holdings, Inc., Case No. 11-11941 (KJC) (Bankr. D. Del. June 28, 2011).[5]

### NOTICE

18.    Notice of this motion shall be given to:  (i) the United States Trustee for the District of Delaware; (ii) counsel to the Steering Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Ira Dizengoff, Esq. and Scott Alberino,

---

[5]    Because of the voluminous nature of the orders cited herein, they are not attached to the Motion.  Copies of these orders, however, are available on request.

Esq.; (iii) counsel to the agent under the Debtors' postpetition senior secured credit facility,

Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Attn: Sandeep

Qusba, Esq. and Morris Massel Esq.; (iv) the parties included on the Debtors' list of thirty (30)

largest unsecured creditors; and (v) all parties entitled to notice pursuant to Local Bankruptcy

Rule 9013-1(m).

## NO PRIOR REQUEST

19.     No previous request for the relief sought in this Motion has been made to

this Court or any other court.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated:  Wilmington, Delaware
           December 11, 2012

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman (*pro hac vice admission pending*)
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Felicia Gerber Perlman (*pro hac vice admission pending*)
Matthew N. Kriegel (*pro hac vice admission pending*)
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

Proposed Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

In re:                            :      Chapter 11
                              :

LCI HOLDING COMPANY, INC.      :      Case No. 12-13319 (___)
                              :
                              :      Tax I.D. No. 20-3307662
            Debtor.       :
                              :
                              :
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

In re:                            :      Chapter 11
                              :

BOISE INTENSIVE CARE HOSPITAL, INC. :      Case No. 12-13331 (____)
                              :
                              :      Tax I.D. No. 41-2212686
            Debtor.       :
                              :
                              :
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

In re:                            :      Chapter 11
                              :

CAREREHAB SERVICES, L.L.C.     :      Case No. 12-13332 (____)
                              :
                              :      Tax I.D. No. 72-1342279
            Debtor.       :
                              :
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :        Chapter 11
                                                    :
CRESCENT CITY HOSPITALS, L.L.C.                     :        Case No. 12-13333 (____)
                                                    :
                                                    :        Tax I.D. No. 22-3872012
              Debtor.                               :
                                                    :
                                                    :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :        Chapter 11
                                                    :
LCI HEALTHCARE HOLDINGS, INC.                       :        Case No. 12-13330 (____)
                                                    :
                                                    :        Tax I.D. No. 01-0873557
              Debtor.                               :
                                                    :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :        Chapter 11
                                                    :
LCI HOLDCO, LLC                                     :        Case No. 12-13329 (____)
                                                    :
                                                    :        Tax I.D. No. 20-3223233
              Debtor.                               :
                                                    :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :        Chapter 11
                                                    :
LCI INTERMEDIATE HOLDCO, INC.                       :        Case No. 12-13328 (____)
                                                    :
                                                    :        Tax I.D. No. 20-3307709
              Debtor.                               :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
```

2

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :     Chapter 11
                                          :
LIFECARE AMBULATORY SURGERY               :     Case No. 12-13334 (____)
CENTER, INC.                              :
                                          :     Tax I.D. No. N/A[1]
              Debtor.                     :
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :     Chapter 11
                                          :
LIFECARE HOLDING COMPANY OF               :     Case No. 12-13335 (____)
TEXAS, LLC                                :
                                          :     Tax I.D. No. 72-1449174
              Debtor.                     :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :     Chapter 11
                                          :
LIFECARE HOLDINGS, INC.                   :     Case No. 12-13321 (____)
                                          :
                                          :     Tax I.D. No. 51-0372090
              Debtor.                     :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

---

[1]    LifeCare Ambulatory Surgery Center, Inc. does not have an IRS employer identification number.  Its Texas tax identification number is 32031062170.

3

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
LIFECARE HOSPITAL AT TENAYA, LLC                            :        Case No. 12-13326 (____)
                                                            :
                                                            :        Tax I.D. No. 45-2218443
                    Debtor.                                 :
                                                            :
                                                            :
                                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
LIFECARE HOSPITALS, LLC                                     :        Case No. 12-13336 (____)
                                                            :
                                                            :        Tax I.D. No. 22-3949674
                    Debtor.                                 :
                                                            :
                                                            :
                                                            x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
LIFECARE HOSPITALS OF CHESTER                               :        Case No. 12-13337 (____)
COUNTY, INC.                                                :
                                                            :        Tax I.D. No. 20-2206062
                    Debtor.                                 :
                                                            :
                                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
LIFECARE HOSPITALS OF DAYTON, INC. :                                 Case No. 12-13338 (____)
                                                            :
                                                            :        Tax I.D. No. 31-1702086
                    Debtor.                                 :
                                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :        Chapter 11
                                                              :
LIFECARE HOSPITALS OF FORT WORTH,    :        Case No. 12-13339 (____)
L.P.                                                          :
                                                              :        Tax I.D. No. 72-1405272
            Debtor.                                           :
                                                              :
                                                              :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :        Chapter 11
                                                              :
LIFECARE HOSPITALS OF                                :        Case No. 12-13324 (____)
MECHANICSBURG, LLC                                   :
                                                              :        Tax I.D. No. 45-2215957
            Debtor.                                           :
                                                              :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :        Chapter 11
                                                              :
LIFECARE HOSPITALS OF MILWAUKEE,     :        Case No. 12-13323 (____)
INC.                                                          :
                                                              :        Tax I.D. No. 62-1874291
            Debtor.                                           :
                                                              :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :        Chapter 11
                                                              :
LIFECARE HOSPITALS OF NEW                       :        Case No. 12-13340 (____)
ORLEANS, L.L.C.                                          :
                                                              :        Tax I.D. No. 72-1284151
            Debtor.                                           :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
LIFECARE HOSPITALS OF NORTH                 :    Case No. 12-13341 (_____)
CAROLINA, L.L.C.                            :
                                            :    Tax I.D. No. 72-1361857
                  Debtor.                   :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
LIFECARE HOSPITALS OF NORTH                 :    Case No. 12-13342 (_____)
TEXAS, L.P.                                 :
                                            :    Tax I.D. No. 72-1402743
                  Debtor.                   :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
LIFECARE HOSPITALS OF NORTHERN              :    Case No. 12-13343 (_____)
NEVADA, INC.                                :
                                            :    Tax I.D. No. 88-0360990
                  Debtor.                   :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
LIFECARE HOSPITALS OF PITTSBURGH,           :    Case No. 12-13344 (_____)
LLC                                         :
                                            :    Tax I.D. No. 22-3949672
                  Debtor.                   :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

6

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
In re:                                           :         Chapter 11
                                                 :
LIFECARE HOSPITALS OF SAN                        :         Case No. 12-13345 (____)
ANTONIO, LLC                                     :
                                                 :         Tax I.D. No. 45-2646312
             Debtor.                             :
                                                 :
                                                 :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
In re:                                           :         Chapter 11
                                                 :
LIFECARE HOSPITALS OF SARASOTA,                  :         Case No. 12-13327 (____)
LLC                                              :
                                                 :         Tax I.D. No. 45-2217045
             Debtor.                             :
                                                 :
                                                 :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
In re:                                           :         Chapter 11
                                                 :
LIFECARE HOSPITALS OF SOUTH                      :         Case No. 12-13346 (____)
TEXAS, INC.                                      :
                                                 :         Tax I.D. No. 72-1395457
             Debtor.                             :
                                                 :
                                                 :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
In re:                                           :         Chapter 11
                                                 :
LIFECARE INVESTMENTS, L.L.C.                     :         Case No. 12-13347 (____)
                                                 :
                                                 :         Tax I.D. No. 72-1455041
             Debtor.                             :
                                                 :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

7

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE INVESTMENTS 2, LLC               :    Case No. 12-13348 (____)
                                          :
                                          :    Tax I.D. No. 45-5484598
              Debtor.                     :
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE MANAGEMENT SERVICES,             :    Case No. 12-13349 (____)
L.L.C.                                    :
                                          :    Tax I.D. No. 72-1284309
              Debtor.                     :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE REIT 1, INC.                     :    Case No. 12-13320 (____)
                                          :
                                          :    Tax I.D. No. 20-8943708
              Debtor.                     :
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
LIFECARE REIT 2, INC.                     :    Case No. 12-13350 (____)
                                          :
                                          :    Tax I.D. No. 26-0482075
              Debtor.                     :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

8

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                   :

In re:                 :        Chapter 11
                   :

LIFECARE SPECIALTY HOSPITAL OF  :        Case No. 12-13325 (____)
NORTH LOUISIANA, LLC       :
                   :        Tax I.D. No. 45-2232585
         Debtor.     :
                   :
                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                   :

In re:                 :        Chapter 11
                   :

NEXTCARE SPECIALTY HOSPITAL OF  :        Case No. 12-13351 (____)
DENVER, INC.             :
                   :        Tax I.D. No. 74-2918584
         Debtor.     :
                   :
                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                   :

In re:                 :        Chapter 11
                   :

NEXTCARE HOSPITALS/MUSKEGON,  :        Case No. 12-13352 (____)
INC.                  :
                   :        Tax I.D. No. 74-2901802
         Debtor.     :
                   :
                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                   :

In re:                 :        Chapter 11
                   :

PITTSBURGH SPECIALTY HOSPITAL,  :        Case No. 12-13353 (____)
LLC                  :
                   :        Tax I.D. No. 45-2216725
         Debtor.     :
                   :
                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
SAN ANTONIO SPECIALTY HOSPITAL,           :    Case No. 12-13322 (____)
LTD.                                      :
                                          :    Tax I.D. No. 74-2845386
                 Debtor.                  :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER (A) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11
CASES PURSUANT TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1
AND (B) WAIVING REQUIREMENTS OF 11 U.S.C. § 342(c)(1)
AND FED. R. BANKR. P.  1005 AND 2002(n)**

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order")

pursuant to section 342(c)(1) of the Bankruptcy Code, Bankruptcy Rules 1005, 1015(b) and

2002(n), and Local Bankruptcy Rule 1015-1, (i) directing joint administration of the Chapter 11

Cases and administratively consolidating the respective Chapter 11 Cases of each Debtor for

procedural purposes only and (ii) waiving the requirement that the Debtors' captions list the

Debtors' tax identification numbers and certain other information; and upon the First Day

Declaration; and due and sufficient notice of the Motion having been given under the particular

circumstances; and it appearing that no other or further notice need be provided; and it appearing

that the relief requested by the Motion is in the best interests of the Debtors, their estates, their

creditors and other parties in interest; and after due deliberation thereon; and good and sufficient

cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

---

[1]    Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion related hereto
       or the First Day Declaration.

10

1.        The Motion is GRANTED as set forth herein.

2.        Each of the above-captioned Chapter 11 Cases be, and hereby is, jointly administered by the Court.

3.        The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

In re:                            :     Chapter 11
                                    :

LCI HOLDING COMPANY, INC., et al.,   :     Case No. 12-____ (___)
                                    :

                 Debtors.[1]    :     (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4.        Each motion, application and notice shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of LCI Holding Company, Inc., Case No. 12-13319 (____).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: LCI Holding Company, Inc. (7662), Boise Intensive Care Hospital, Inc. (2686), CareRehab Services, L.L.C. (2279), Crescent City Hospitals, L.L.C. (2012), LCI Healthcare Holdings, Inc. (3557), LCI Holdco, LLC (3233), LCI Intermediate Holdco, Inc. (7709), LifeCare Ambulatory Surgery Center, Inc. (N/A), LifeCare Holding Company of Texas, LLC (9174), LifeCare Holdings, Inc. (2090), LifeCare Hospital at Tenaya, LLC (8443), LifeCare Hospitals, LLC (9674), LifeCare Hospitals of Chester County, Inc. (6062), LifeCare Hospitals of Dayton, Inc. (2086), LifeCare Hospitals of Fort Worth, L.P. (5272), LifeCare Hospitals of Mechanicsburg, LLC (5957), LifeCare Hospitals of Milwaukee, Inc. (4291), LifeCare Hospitals of New Orleans, L.L.C. (4151), LifeCare Hospitals of North Carolina, L.L.C. (1857), LifeCare Hospitals of North Texas, L.P. (2743), LifeCare Hospitals of Northern Nevada, Inc. (0990), LifeCare Hospitals of Pittsburgh, LLC (9672), LifeCare Hospitals of San Antonio, LLC (6312), LifeCare Hospitals of Sarasota, LLC (7045), LifeCare Hospitals of South Texas, Inc. (5457), LifeCare Investments, L.L.C. (5041), LifeCare Investments 2, LLC (4598), LifeCare Management Services, L.L.C. (4309), LifeCare REIT 1, Inc. (3708), LifeCare REIT 2, Inc. (2075), LifeCare Specialty Hospital of North Louisiana, LLC (2585), NextCARE Specialty Hospital of Denver, Inc. (8584), NextCARE Hospitals/Muskegon, Inc. (1802), Pittsburgh Specialty Hospital, LLC (6725) and San Antonio Specialty Hospital, Ltd. (5386). The address of the Company's corporate headquarters is 5340 Legacy Drive, Building 4 – Suite 150, Plano, TX 75024.

5.      The requirement under Bankruptcy Rule 2002(n) that any other names used by the Debtors in the previous eight (8) years and each Debtor's employer identification number be contained in the caption is hereby waived.

6.      A docket entry shall be made in each of the Debtors' cases (except that of LCI Holding Company, Inc.) substantially as follows:

> An order has been entered in this case consolidating this case with the case of LCI Holding Company, Inc., Case No. 12-13319 (___), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 12-13319 (___) should be consulted for all matters affecting this case.

7.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

Dated:  Wilmington, Delaware
           _____ __, 2012


_____
Honorable [●]
UNITED STATES BANKRUPTCY JUDGE