IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :   Chapter 11
                                          :
NEXTCARE HOSPITALS/MUSKEGON,              :   Case No. 12-13352 (KG)
INC.                                      :
                                          :
           Debtor.                        :
                                          x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

## **EXHIBIT C TO PETITION**

The above-captioned debtor does not believe that it owns or possesses any property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety.