IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LCI HOLDING COMPANY, INC. | : | Case No. 12-13319 (KG) |
| | : | |
| | : | Tax I.D. No. 20-3307662 |
| Debtor. | : | |
| | : | |
| | : | **Re: Docket No. 3** |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOISE INTENSIVE CARE HOSPITAL, INC. | : | Case No. 12-13331 (KG) |
| | : | |
| | : | Tax I.D. No. 41-2212686 |
| Debtor. | : | |
| | : | |
| | : | **Re: Docket No. 3** |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CAREREHAB SERVICES, L.L.C. | : | Case No. 12-13332 (KG) |
| | : | |
| | : | Tax I.D. No. 72-1342279 |
| Debtor. | : | |
| | : | |
| | : | **Re: Docket No. 3** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :    Chapter 11
                                                   :
CRESCENT CITY HOSPITALS, L.L.C.                    :    Case No. 12-13333 (KG)
                                                   :
                                                   :    Tax I.D. No. 22-3872012
          Debtor.                                  :
                                                   :
                                                   :    Re: Docket No. 3
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :    Chapter 11
                                                   :
LCI HEALTHCARE HOLDINGS, INC.                      :    Case No. 12-13330 (KG)
                                                   :
                                                   :    Tax I.D. No. 01-0873557
          Debtor.                                  :
                                                   :
                                                   :    Re: Docket No. 3
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :    Chapter 11
                                                   :
LCI HOLDCO, LLC                                    :    Case No. 12-13329 (KG)
                                                   :
                                                   :    Tax I.D. No. 20-3223233
          Debtor.                                  :
                                                   :
                                                   :    Re: Docket No. 3
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :    Chapter 11
                                                   :
LCI INTERMEDIATE HOLDCO, INC.                      :    Case No. 12-13328 (KG)
                                                   :
                                                   :    Tax I.D. No. 20-3307709
          Debtor.                                  :
                                                   :
                                                   :    Re: Docket No. 3
- - - - - - - - - - - - - - - - - - - - - - - - - :
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
LIFECARE AMBULATORY SURGERY             :    Case No. 12-13334 (KG)
CENTER, INC.                            :
                                        :    Tax I.D. No. N/A[1]
          Debtor.                       :
                                        :
                                        :    Re: Docket No. 3
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
LIFECARE HOLDING COMPANY OF             :    Case No. 12-13335 (KG)
TEXAS, LLC                              :
                                        :    Tax I.D. No. 72-1449174
          Debtor.                       :
                                        :
                                        :    Re: Docket No. 3
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
LIFECARE HOLDINGS, INC.                 :    Case No. 12-13321 (KG)
                                        :
                                        :    Tax I.D. No. 51-0372090
          Debtor.                       :
                                        :
                                        :    Re: Docket No. 3
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

---

[1]    LifeCare Ambulatory Surgery Center, Inc. does not have an IRS employer identification number.  Its Texas tax identification number is 32031062170.

3

```
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :       Chapter 11
                                                :
LIFECARE HOSPITAL AT TENAYA, LLC                :       Case No. 12-13326 (KG)
                                                :
                                                :       Tax I.D. No. 45-2218443
            Debtor.                             :
                                                :
                                                :       Re: Docket No. 3
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :       Chapter 11
                                                :
LIFECARE HOSPITALS, LLC                         :       Case No. 12-13336 (KG)
                                                :
                                                :       Tax I.D. No. 22-3949674
            Debtor.                             :
                                                :
                                                :       Re: Docket No. 3
                                                x
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :       Chapter 11
                                                :
LIFECARE HOSPITALS OF CHESTER                   :       Case No. 12-13337 (KG)
COUNTY, INC.                                    :
                                                : .     Tax I.D. No. 20-2206062
            Debtor.                             :
                                                :
                                                :       Re: Docket No. 3
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :       Chapter 11
                                                :
LIFECARE HOSPITALS OF DAYTON, INC.              :       Case No. 12-13338 (KG)
                                                :
                                                :       Tax I.D. No. 31-1702086
            Debtor.                             :
                                                :
                                                :       Re: Docket No. 3
- - - - - - - - - - - - - - - - - - - - - - - - x
```

4

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :     Chapter 11
                                          :
LIFECARE HOSPITALS OF FORT WORTH,         :     Case No. 12-13339 (KG)
L.P.                                      :
                                          :     Tax I.D. No. 72-1405272
              Debtor.                     :
                                          :
                                          :     Re: Docket No. 3
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :     Chapter 11
                                          :
LIFECARE HOSPITALS OF                     :     Case No. 12-13324 (KG)
MECHANICSBURG, LLC                        :
                                          :     Tax I.D. No. 45-2215957
              Debtor.                     :
                                          :
                                          :     Re: Docket No. 3
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :     Chapter 11
                                          :
LIFECARE HOSPITALS OF MILWAUKEE,          :     Case No. 12-13323 (KG)
INC.                                      :
                                          :     Tax I.D. No. 62-1874291
              Debtor.                     :
                                          :
                                          :     Re: Docket No. 3
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :     Chapter 11
                                          :
LIFECARE HOSPITALS OF NEW                 :     Case No. 12-13340 (KG)
ORLEANS, L.L.C.                           :
                                          :     Tax I.D. No. 72-1284151
              Debtor.                     :
                                          :
                                          :     Re: Docket No. 3
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

5

```
- - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :     Chapter 11
                                              :
LIFECARE HOSPITALS OF NORTH                   :     Case No. 12-13341 (KG)
CAROLINA, L.L.C.                              :
                                              :     Tax I.D. No. 72-1361857
            Debtor.                           :
                                              :
                                              :     Re: Docket No. 3
                                              :
- - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :     Chapter 11
                                              :
LIFECARE HOSPITALS OF NORTH                   :     Case No. 12-13342 (KG)
TEXAS, L.P.                                   :
                                              :     Tax I.D. No. 72-1402743
            Debtor.                           :
                                              :     Re: Docket No. 3
                                              :
- - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :     Chapter 11
                                              :
LIFECARE HOSPITALS OF NORTHERN                :     Case No. 12-13343 (KG)
NEVADA, INC.                                  :
                                              :     Tax I.D. No. 88-0360990
            Debtor.                           :
                                              :     Re: Docket No. 3
                                              :
- - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :     Chapter 11
                                              :
LIFECARE HOSPITALS OF PITTSBURGH,             :     Case No. 12-13344 (KG)
LLC                                           :
                                              :     Tax I.D. No. 22-3949672
            Debtor.                           :
                                              :     Re: Docket No. 3
                                              :
- - - - - - - - - - - - - - - - - - - - - - - x
```

```
------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
LIFECARE HOSPITALS OF SAN           :    Case No. 12-13345 (KG)
ANTONIO, LLC                        :
                                    :    Tax I.D. No. 45-2646312
              Debtor.               :
                                    :
                                    :    Re: Docket No. 3
                                    :
------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
LIFECARE HOSPITALS OF SARASOTA,     :    Case No. 12-13327 (KG)
LLC                                 :
                                    :    Tax I.D. No. 45-2217045
              Debtor.               :
                                    :
                                    :    Re: Docket No. 3
                                    :
------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
LIFECARE HOSPITALS OF SOUTH         :    Case No. 12-13346 (KG)
TEXAS, INC.                         :
                                    :    Tax I.D. No. 72-1395457
              Debtor.               :
                                    :
                                    :    Re: Docket No. 3
                                    :
------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
LIFECARE INVESTMENTS, L.L.C.        :    Case No. 12-13347 (KG)
                                    :
                                    :    Tax I.D. No. 72-1455041
              Debtor.               :
                                    :
                                    :    Re: Docket No. 3
------------------------------------x
```

7

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
In re:                                            :     Chapter 11
                                                  :
LIFECARE INVESTMENTS 2, LLC                       :     Case No. 12-13348 (KG)
                                                  :
                                                  :     Tax I.D. No. 45-5484598
            Debtor.                               :
                                                  :
                                                  :     Re: Docket No. 3
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
In re:                                            :     Chapter 11
                                                  :
LIFECARE MANAGEMENT SERVICES,                     :     Case No. 12-13349 (KG)
L.L.C.                                            :
                                                  :     Tax I.D. No. 72-1284309
            Debtor.                               :
                                                  :
                                                  :     Re: Docket No. 3
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
In re:                                            :     Chapter 11
                                                  :
LIFECARE REIT 1, INC.                             :     Case No. 12-13320 (KG)
                                                  :
                                                  :     Tax I.D. No. 20-8943708
            Debtor.                               :
                                                  :
                                                  :     Re: Docket No.  3
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
In re:                                            :     Chapter 11
                                                  :
LIFECARE REIT 2, INC.                             :     Case No. 12-13350 (KG)
                                                  :
                                                  :     Tax I.D. No. 26-0482075
            Debtor.                               :
                                                  :
                                                  :     Re: Docket No. 3
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
LIFECARE SPECIALTY HOSPITAL OF                :    Case No. 12-13325 (KG)
NORTH LOUISIANA, LLC                          :
                                              :    Tax I.D. No. 45-2232585
            Debtor.                           :
                                              :
                                              :    Re: Docket No. 3
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
NEXTCARE SPECIALTY HOSPITAL OF                :    Case No. 12-13351 (KG)
DENVER, INC.                                  :
                                              :    Tax I.D. No. 74-2918584
            Debtor.                           :
                                              :
                                              :    Re: Docket No. 3
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
NEXTCARE HOSPITALS/MUSKEGON,                  :    Case No. 12-13352 (KG)
INC.                                          :
                                              :    Tax I.D. No. 74-2901802
            Debtor.                           :
                                              :
                                              :    Re: Docket No. 3
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
PITTSBURGH SPECIALTY HOSPITAL,                :    Case No. 12-13353 (KG)
LLC                                           :
                                              :    Tax I.D. No. 45-2216725
            Debtor.                           :
                                              :
                                              :    Re: Docket No. 3
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - x
```

9

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
SAN ANTONIO SPECIALTY HOSPITAL,         :    Case No. 12-13322 (KG)
LTD.                                    :
                                        :    Tax I.D. No. 74-2845386
                Debtor.                 :
                                        :
                                        :    Re: Docket No. 3
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ORDER (A) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1 AND (B) WAIVING REQUIREMENTS OF 11 U.S.C. § 342(c)(1) AND FED. R. BANKR. P.  1005 AND 2002(n)

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order")

pursuant to section 342(c)(1) of the Bankruptcy Code, Bankruptcy Rules 1005, 1015(b) and

2002(n), and Local Bankruptcy Rule 1015-1, (i) directing joint administration of the Chapter 11

Cases and administratively consolidating the respective Chapter 11 Cases of each Debtor for

procedural purposes only and (ii) waiving the requirement that the Debtors' captions list the

Debtors' tax identification numbers and certain other information; and upon the First Day

Declaration; and due and sufficient notice of the Motion having been given under the particular

circumstances; and it appearing that no other or further notice need be provided; and it appearing

that the relief requested by the Motion is in the best interests of the Debtors, their estates, their

creditors and other parties in interest; and after due deliberation thereon; and good and sufficient

cause appearing therefor, it is hereby,

### ORDERED, ADJUDGED AND DECREED that:

---

[1]   Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion related hereto or the First Day Declaration.

1.      The Motion is GRANTED as set forth herein.

2.      Each of the above-captioned Chapter 11 Cases be, and hereby is, jointly administered by the Court.

3.      The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
In re:                              :    Chapter 11
                                    :
LCI HOLDING COMPANY, INC., et al.,  :    Case No. 12-13319 (KG)
                                    :
                Debtors.[1]         :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

4.      Each motion, application and notice shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of LCI Holding Company, Inc., Case No. 12-13319 (KG).

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: LCI Holding Company, Inc. (7662), Boise Intensive Care Hospital, Inc. (2686), CareRehab Services, L.L.C. (2279), Crescent City Hospitals, L.L.C. (2012), LCI Healthcare Holdings, Inc. (3557), LCI Holdco, LLC (3233), LCI Intermediate Holdco, Inc. (7709), LifeCare Ambulatory Surgery Center, Inc. (N/A), LifeCare Holding Company of Texas, LLC (9174), LifeCare Holdings, Inc. (2090), LifeCare Hospital at Tenaya, LLC (8443), LifeCare Hospitals, LLC (9674), LifeCare Hospitals of Chester County, Inc. (6062), LifeCare Hospitals of Dayton, Inc. (2086), LifeCare Hospitals of Fort Worth, L.P. (5272), LifeCare Hospitals of Mechanicsburg, LLC (5957), LifeCare Hospitals of Milwaukee, Inc. (4291), LifeCare Hospitals of New Orleans, L.L.C. (4151), LifeCare Hospitals of North Carolina, L.L.C. (1857), LifeCare Hospitals of North Texas, L.P. (2743), LifeCare Hospitals of Northern Nevada, Inc. (0990), LifeCare Hospitals of Pittsburgh, LLC (9672), LifeCare Hospitals of San Antonio, LLC (6312), LifeCare Hospitals of Sarasota, LLC (7045), LifeCare Hospitals of South Texas, Inc. (5457), LifeCare Investments, L.L.C. (5041), LifeCare Investments 2, LLC (4598), LifeCare Management Services, L.L.C. (4309), LifeCare REIT 1, Inc. (3708), LifeCare REIT 2, Inc. (2075), LifeCare Specialty Hospital of North Louisiana, LLC (2585), NextCARE Specialty Hospital of Denver, Inc. (8584), NextCARE Hospitals/Muskegon, Inc. (1802), Pittsburgh Specialty Hospital, LLC (6725) and San Antonio Specialty Hospital, Ltd. (5386). The address of the Company's corporate headquarters is 5340 Legacy Drive, Building 4 – Suite 150, Plano, TX 75024.

5.      The requirement under Bankruptcy Rule 2002(n) that any other names used by the Debtors in the previous eight (8) years and each Debtor's employer identification number be contained in the caption is hereby waived.

6.      A docket entry shall be made in each of the Debtors' cases (except that of LCI Holding Company, Inc.) substantially as follows:

> An order has been entered in this case consolidating this case with the case of LCI Holding Company, Inc., Case No. 12-13319 (KG), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 12-13319 (KG) should be consulted for all matters affecting this case.

7.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

Dated:  Wilmington, Delaware
        December 13, 2012

Honorable Kevin Gross
CHIEF UNITED STATES BANKRUPTCY JUDGE